Filed 1/16/25  P. v. Rodriguez CA4/3

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  The opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | G063443 |
| v. | (Super. Ct. No. 21CF3207) |
| EDGAR RODRIGUEZ, | O P I N I O N |
| Defendant and Appellant. | |

Appeal from an order of the Superior Court of Orange County, Sheila F. Hanson, Judge. Affirmed.

Laura Arnold, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

\*       \*       \*

After a jury found Edgar Rodriguez guilty of multiple domestic abuse felony charges, he was sentenced to a total of 10 years, 4 months in

state prison. Rodriguez appealed, and his appointed counsel filed a brief under the procedures outlined in *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) and *Anders v. California* (1967) 386 U.S. 738. Rodriguez did not file a supplemental brief. As discussed below, after independently reviewing the record, we find no reasonably arguable issues on appeal. We therefore affirm.

I

FACTS AND PROCEDURAL HISTORY

On December 14, 2021, the Orange County District Attorney filed an information against Rodriguez, charging him with domestic battery causing injury with a prior conviction for domestic violence, a felony (counts 1 & 3), and violation of a protective order with a prior conviction, a felony (counts 2 & 4). As to counts 1 and 3, it was alleged Rodriguez was previously convicted of domestic violence. As to count 1, it was further alleged Rodriguez inflicted great bodily injury (GBI) under circumstances involving domestic violence. As to count 3, it was alleged Rodriguez was on bail when he committed the offense. Multiple aggravating factors also were alleged, including that Rodriguez engaged in violent conduct indicating a serious danger to society, has prior convictions of increasing seriousness, served a prior term in prison or county jail, was on probation or parole when he committed his crimes, and performed unsatisfactorily while on probation or parole.

Before Rodriguez's jury trial, the prior conviction allegations, bail enhancement allegation, and multiple aggravating factors were bifurcated.

During the jury trial, the parties stipulated Rodriguez pled guilty to domestic violence against the victim on September 13, 2019, and on July 25, 2020. The jury also heard that a criminal protective order had been issued on July 19, 2021. The victim testified she had been in a romantic relationship

with Rodriguez for approximately eight years. On September 13, 2019, Rodriguez had hit her with his fist, an electric guitar, and a vacuum cleaner, and on July 25, 2020, he had struck her in the face.

As to counts 1 and 2, on October 27, 2021, the victim called 911 and reported that Rodriguez had stomped on her right arm resulting in a fracture. Santa Ana Police Officer April Labrecque was dispatched to the scene but could not locate Rodriguez. When Officer Labrecque went to the apartment to inform the victim, she heard two voices from inside the apartment, including that of a yelling woman. When the officer knocked on the door, the victim answered and said, "Go get him." Officer Labrecque detained Rodriguez and then walked him to her patrol car. She then returned to the apartment and interviewed the victim. The victim stated she and Rodriguez had a physical altercation three weeks prior during which Rodriguez stomped on her arm six times, breaking it. Physician Assistant Scott Martin testified he helped treat the victim. In a medical document, Martin reported that "[a]pparently, [the victim's] boyfriend had sto[m]ped on her arm three weeks ago, and [she] did not get it looked at."

As to counts 3 and 4, the victim testified that on May 4, 2021, Rodriguez pressured her into having sex with him.  Afterwards, she slapped him and he hit her more than four times in her left temple, causing her to black out for a few seconds. She then called the police. Santa Ana Police Detective Kenny Aguilar responded to the scene and interviewed the victim. Detective Aguilar observed swelling and some red marks on the left side of the victim's face and a burst blood vessel in her eye.

On September 25, 2023, a jury found Rodriguez guilty on all counts, and found true the GBI enhancement and the aggravating factor that Rodriguez had committed an act of violence. In a bifurcated proceeding, the

3

trial court found the remaining enhancement allegations and aggravating factors to be true.

The trial court sentenced Rodriguez to a total term of 10 years, 4 months in state prison. He timely appealed.

## II

## DISCUSSION

Following *Wende* guidelines, we have reviewed counsel's brief and the appellate record.

Our independent review of the entire record does not show the existence of an arguable issue. (*Wende, supra,* 25 Cal.3d at p. 442.) The evidence supports the jury's verdicts and the court's true findings. The sentence imposed was within the court's discretion based on the convictions and the aggravating factors. Consequently, we affirm the judgment. (*Wende,* at p. 443.)

## III

## DISPOSITION

The judgment is affirmed.


DELANEY, J.

WE CONCUR:


MOORE, ACTING P. J.


SANCHEZ, J.